Commonwealth ex rel. Challenger *v.* Challenger,
Appellant.

Argued June 16, 1971. *R. Lee Ziegler,* with him *John B. Schaner,* for appellant; *Larry F. Knepp,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Commonwealth ex rel. Feldman, Appellant, *v.*
Feldman, Appellant.

Argued June 15, 1971. *Kiefer N. Gerstley,* with him *Schachtel, Einhorn & Gerstley,* for defendant, appellant; *Gilbert P. High,* with him *Stephen G. Yusem, Richard P. Levy,* and *High, Swartz, Roberts & Seidel,* for relatrix, appellant.

Order affirmed.

Commonwealth ex rel. Hall, Appellant, *v.* Hall.

Argued June 17, 1971. *Abraham J. Brem Levy,* for appellant; *W. Richard Gentry,* for appellee.

Order affirmed.

SPAULDING, J., absent.